**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7068

TERRY T. KEY,

Plaintiff - Appellant,

versus

T. S. FERRELL, Detective; WILLIAM A. HOGAN,
Rocky Mount Police Chief; TAMMY MALINOWSKI,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-05-148-BO)

Submitted:  September 27, 2005      Decided:  October 4, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry T. Key, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terry T. Key appeals the district court's judgment and order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and the district court's order and affirm for the reasons of the district court. See Key v. Ferrell, No. CA-05-148-BO (E.D.N.C. May 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED